# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
## AT Knoxville

FILED
NOV 02 2020
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

Michael Louis Ramsey Jr. )
_____ )
_____ )
Name of plaintiff (s)

v.

Knox County Sheriff's Office
Jails and Facilities,
Tennessee Dept. of Corrections
Name of defendant (s)

Case No. _____
(to be assigned by Clerk)

## COMPLAINT

1. A short and plain statement of the grounds for filing this case in federal court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

I am a T.D.O.C. inmate being housed at Knox Co. detention facilities and am being charged excessive Medical, indigent, Phone, Commissary and Mental Health and Dental fees. I also am not able to good time Credits 16 days a month

2. Plaintiff, Michael Louis Ramsey Jr. resides at
R.D.W.D.F. 5001 Maloneyville Rd., Knoxville
street address                city

Knox , TN , 37918 , N/A .
county  state  zip code  telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)
N/A

1

3. Defendant, Knox Co. Sheriff's Office Detention facilities lives at, or its business is located at

Roger D. Wilson Detention Facility, 5001 Maloneyville Rd., Knoxville,
street address                                           city
Knox                          , TN      , 37918        .
county                         state     zip code

(if more than one defendant, provide the same information for each defendant below)

Tennessee Department of Corrections, Rachel Jackson Bldg. 4th Fl,
320 6th Ave. North, Nashville, Davidson, TN 37243

4. Short and plain statement of your claim (state as briefly as possible the facts of your case and how each defendant is involved. You may use additional paper if necessary):

Medical does not provide me with glasses as does T.D.O.C. Dental I had to get a tooth pulled when it could have been saved and I can't get a partial. Commissary is a high mark up and has taxes on it where as in T.D.O.C. the markup is minimum plus no taxes, I also can have a job in T.D.O.C. to help pay my restitution, and take programs and Schools for trades in T.D.O.C. where as I am being deprived of these afore mentioned Programs. By being a TDOC inmate I fill that the Rehabilitation Act has been Violated by my not having adequate access to it. Also I am being deprived to earn money to buy Hygene and Save for my release, and being able to get a birth certificate, social Security Card,

Continue on pg. 4

5. A demand for judgment for the relief you seek (list what you want the Court to do):

   a. Law suit for $5,000,000 (5 million dollars) and $100,000 suit against Officer J. Hall for Sexual Misconduct

   b. Either Knox Co. Sheriff Department Detention Facilities give 16 good day a month plus Programs or Send within 2 week to TDOC After Sentenced to TDOC.

   c. Lower Cost of Phone calls and commissary and Medical fees to TDOC's Cost for TDOC inmates, free indigent packages and have TDOC's resources and programs.

   d. For Medical, Dental and Mental Health to be able to provide better health care and provide glasses or Send TDOC inmates to TDOC.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this 27th day of October, 2020.

_____
Signature of plaintiff (s)

3

Continued from pg. 2

State Identification ect... I don't have access to a Councelor Case Mng. Or Unit Mng. to help me get a home plan ect... For Excessive Fees See: PLN, Dec. 2018 pg. 34

Also Knox Co. Sheriff's Office's Detention Facilities do not provide treatment for Hepititas C Virus (HCV) as TDOC does in which I have Hepititas C (HCV) an could get the treatment of Harvoni See: Buffkin V. Hooks, U.S.DC. (M.D. NC) Case No. 1:18-CV-00502-WO-JLW;(2019) U.S. Dist. Lexis 45790 Also a violation of (DAA's) Direct-Acting Antiviral Drugs Act and (DPS) Dept. of public Safety Act.

And Sexual Harassment/Misconduct: Today at the R.D.W.D.F. in Bldg. 1 Pod D Officer J. Hall was making a round at around and/or about 1:40 pm. I asked Officer Hall what time it was as he was walking and he stopped at my cell door (213). He said "Ramsey why are you asking the time all of the time?" I said because I just want to know the time. He Stated just look at your watch and I said come on Hall you know we don't have watches in here. He said "I thought you Keestered (meaning putting into my anus) yours in here." I said aint that Sexual Harassment or Misconduct, he said "I don't know, is it?" I said I take it as that, and he said "File a Prea." I asked if his body camera was on and he stated it never is. So I went through the proper proceedures and Had Officer S. Moore on 2nd shift head count to turn his body cam on and stated the offense. Then filed a PREA complaint.

## V. RELIEF

(State BRIEFLY exactly what you want this Court to do for you. Make NO legal arguments. Cite NO cases or statutes.)

Help me file a Law suit for $5,000,000 (5 Million Dollars) Have TDOC credit 16 days good days a Month for TDOC inmates housed at KCSO Detention facilities, And Medical, Dental and Mental Health provide equal quality and meds to TDOC inmates as TDOC. And charge same Commissary prices, Medical fees and Phone prices with no taxes. And ($100,000) One hundred thousand dollar lawsuit against Officer J. Hall for Sexual misconduct.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this 27th day of October, 2020.

_____M. Ra_____
Signature of plaintiff(s)

5

Michael Ramsey #166705
R̶O̶M̶D̶F̶ 5001 Malonexville Rd.
Knoxville, TN. 37918

KNOXVILLE TN 377
29 OCT 2020 PM 1 L



INSPECTED

RECEIVED
NOV 02 2020
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

Eastern District of Tennessee
Office of Clerk
United States District Court
800 Market St. Suite 130
Knoxville, TN. 37902

Sender is an inmate of Correctional Facility

37902-230330